

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Tammy Crocker, Appellant

No. 06-13-00134-CV     v.

Thomas Babcock, IV, M.D., Longview
Emergency Medicine Associates, Inc. and
Good Shepherd Medical Center, Appellees

Appeal from the 124th District Court of
Gregg County, Texas (Tr. Ct. No. 2011-
2463-B).    Opinion delivered by Justice
Carter, Chief Justice Morriss and Justice
Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Tammy Crocker, pay all costs of this appeal.

RENDERED OCTOBER 21, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk